BERNADETTE D. HORY, Respondent, v. UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay granted for ten days to enable appellant to apply to the Court of Appeals. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of FRANK A. BYRNE, Relator, against ABRAHAM KAPLAN and Others, as Commissioners of the Municipal Civil Service Commission of the City of New York, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of Proceedings Supplementary to Execution under a Judgment in Favor of PAUL F. FOSTER, Appellant, against JOHN A. HASTINGS, Respondent.— Motion for leave to appeal to the Court of Appeals granted. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ. Settle order on notice.

In the Matter of the Application of JOSEPH E. IMPARA and Another, Appellants, for a Mandamus Order against EUGENE S. FISKE, as Comptroller of the City of Mount Vernon, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Petition of NATIONAL BUILT-IN PRODUCTS, INC., for an Order Directing the Treasurer of Westchester County to Pay the Said Petitioner the Sum of $371.29, and Accrued Interest Now in His Custody, and Deposited by ROBBINS & PAGANUZZI. NATIONAL BUILT-IN PRODUCTS, INC., Appellant; MORRIS ROBBINS and STEPHEN PAGANUZZI, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of FRANK P. REIZIZ, Relator, for a Certiorari Order against WILLIAM SCHROEDER, JR., and LEONARD C. L. SMITH, Members of the Sanitation Commission of the City of New York, and CHARLES F. GRIFFIN, Deputy Commissioner, Respondents.— Motion for reargument denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

In the Matter of the Application of JOSEPH ROSENBLATT and MARY ROSENBLATT for an Order to Remove a Dead Body Now Buried in Mount Carmel Cemetery, Queens County, N. Y., Appellants, against HARRY MEIROWITZ, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

ELLIOTT MARX and WILLIAM LEISCHNER, Respondents, v. QUEENS FARMS DAIRY CO., INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.

PAUL PAULSON, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Young, Scudder, Tompkins and Davis, JJ.